## 63605. AFCO CREDIT CORPORATION v. INTEGON INDEMNITY CORPORATION.

CARLEY, Judge.

After consideration of the entire record in the above styled case, we conclude that the application for Interlocutory Appeal in this case was improvidently granted and the appeal is, therefore, dismissed.
*Appeal dismissed. Quillian, C. J., and Shulman, P. J., concur.*

DECIDED JUNE 22, 1982.

*Karen D. Wildau, Jerry B. Blackstock,* for appellant.
*Andrew J. Hinton,* for appellee.